SCWC-19-0000356

**Electronically Filed
Supreme Court
SCWC-19-0000356
11-FEB-2022
10:56 AM
Dkt. 9 ODAC**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

YURIE YAMANO, Petitioner/Plaintiff-Appellant,

vs.

JAMES J. NAVAJA, Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000356; FC-CU NO. 18-1-6007)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant Yurie Yamano's Application

for Writ of Certiorari, deemed timely filed on January 12, 2022,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, Febuary 11, 2022.

/s/  Mark E. Recktenwald

/s/  Paula A. Nakayama

/s/  Sabrina S. McKenna

/s/  Michael D. Wilson

/s/  Todd W. Eddins